Salvatore Savina, Minor, by Michele Savina, His Father and Next Friend, Appellant, v. National Brick Company and John P. Traff, Appellees.

Gen. No. 41,354.

Heard in second division, first district, this court at October term, 1940; opinion filed March 24, 1942. Irving G. Zazove and Nicholas A. Pope, for appellant; John A. Bloomingston, for appellees. Opinion by JUSTICE SULLIVAN. "Not to be published in full."